```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   SCOTT N. JOHNSON,              CASE NO. CIV. S-06-722 DFL PAN
12          Plaintiff,
13      v.                          ORDER RE DISPOSITION AFTER
                                    NOTIFICATION OF SETTLEMENT
14   JOE P. BURNS, et al.,
15          Defendants.
                                 /
16
```

The court has been advised by plaintiff's counsel, Scott N. Johnson, Esq., that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than June 7, 2006 and,

//

//

1

1      2.  That all hearing dates previously set in this matter
2  are vacated.
3      IT IS SO ORDERED.
4  Dated: 5/18/2006

_____
DAVID F. LEVI
United States District Judge